AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

|  |  |
|---|---|
| United States of America<br>v.<br><br>Dequan Anthonio Smith<br><br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No.  3:18-mj-60<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 11, 2018 _____ in the county of _____ Richland _____ in the

_____ District of _____ South Carolina _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 922(g)(1), 924(a) and 924(e) | Felon in Possession of a Firearm and Ammunition |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

FBI Special Agent Joshua Boyce Loomis
Printed name and title

Sworn to before me and signed in my presence.

Date: _____ 04/12/2018 _____

_____
Judge's signature

City and state: _____ Columbia, South Carolina _____

Shiva V. Hodges, United States Magistrate Judge
Printed name and title